UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| THERESA BROOKE, | Case No.18-cv-07524-VKD |
|---|---|
| Plaintiff, | |
| v. | **ORDER TO SHOW CAUSE RE DISMISSAL** |
| HACIENDA DE LEAL, LLC, | |
| Defendant. | |

Plaintiff Theresa Brooke filed the present action on December 13, 2018. Dkt. No. 1. Pursuant to General Order No. 56, the parties' last day to conduct a joint site inspection was March 28, 2019, and Ms. Brooke's last day to file a notice of need for mediation was May 9, 2019. Dkt. No. 4. Ms. Brooke did not file a notice of need for mediation. And other than several clerk's notices issued by the Court, there has been no activity on this docket since the complaint was filed.

The Court possesses the inherent power to dismiss an action sua sponte "to achieve the orderly and expeditious disposition of cases." *Link v. Wabash R.R. Co.*, 370 U.S. 626, 629-33 (1962). Ms. Brooke is directed to file a written response to this order by May 31, 2019 and to appear before the Court on June 4, 2019 at 10:00 a.m. in Courtroom 2, Fifth Floor, 280 South First Street, San Jose, California 95113 and show cause why this action should not be dismissed without prejudice for failure to prosecute.

**IT IS SO ORDERED.**

Dated: May 20, 2019

*Virginia K. DeMarchi*
VIRGINIA K. DEMARCHI
United States Magistrate Judge